HENRY STEERS, INCORPORATED, A CORPORATION, RE-
SPONDENT, v. TURNER CONSTRUCTION COMPANY, A
CORPORATION, APPELLANT.

Submitted May 27, 1927—Decided October 17, 1927.

192

For the appellant, *McDermott, Enright & Carpenter* and *Carl S. Kuebler.*

For the respondent, *Collins & Corbin* and *Charles W. Broadhurst.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Ackerson in the Circuit Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.